FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2018

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Thomas Hayner , Plaintiff

v.

City and County of Denver ,

State of Colorado ,

Federal Bureau of Investigation ,

See attached , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Thomas Hayner, Plaintiff

v.

City and County of Denver,

Denver Sheriff Dept,

Denver District Attorney,

Denver Police Dept,

Denver Independant Monitor,

Ron Thomas,

Patrick Firman,

Mitchell Morrisey,

Ashley Beck,

Simon Crittle,

Mayor Hancock,

Beth McCann,

Stephanie O'Malley,

TEGNA, Inc,

Denver Court Clerk,

Denver County Court,

Denver District Court,

Judge Hada,

Judge Campbell,

Judge Marcucci,

Bonnie Benedetti

Clinton McKinzie,

George Brauchler,

Helen Morgan,

Denver Health,

Arapahoe County Court,

FBI,

State of CO,

CO Public Defender,

Joanna Stewart,

Anastasiya Kuzminskaya,

Larry Bailey,

Wadi Muhaisen,

CO Attorney Regulation Counsel,

Thomas M. Hayner,

Denise L. Hayner,

CO Attorney General,

Cynthia Coffman,

Nurse Kelly Smith,

Deputy Boswell,

Siddhartha Rathod,

18th Judicial District, DA,

9NEWS,

CO Bureau of Investigation,

Governor John Hickenlooper,

OTHER INVOLVED PARTIES.

1-2

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Thomas Hayner, #0000822148, P.O. Box 1108 Denver, CO 80201
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: City and County of Denver
(Name, job title, and complete mailing address)

Wellington Webb Building, Denver

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No *(check one)*. Briefly explain:

State agency

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: __State of Colorado__
(Name, job title, and complete mailing address)

__ADDRESS UNKNOWN__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__State agency__

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: __Federal Bureau of Investigation__
(Name, job title, and complete mailing address)

__ADDRESS UNKNOWN__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

__federal agency__

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

✓ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓ Other: (*please identify*) CRSA § 13-25-125.5     § 13-21-106     Colorado Libel Law
13-80-103

3

| | | |
|---|---|---|
| Denver Sheriff<br>P.O. Box 1108<br>Denver 80201<br><br>(state color of law)<br>(official) | Patrick Firman<br>P.O. Box 1108<br>Denver, 80201<br>(state color of law)<br>(official) | Simon Crittle<br>P.O. Box 1108<br>Denver 80201<br>(State color of law)<br>(official & individual) |
| Denver District Attorney<br>Wellington Webb Building<br>Denver<br>(State color of law)<br>(official) | Deputy Boswell<br>P.O. Box 1108<br>Denver 80201<br>(state color of law)<br>(official & individual) | Mayor Hancock<br>Wellington Webb Bldg<br>Denver<br>(State color of law)<br>(Official) |
| Denver Police Department<br>Cherokee St<br>Denver<br>(State color of law)<br>(official) | Mitchell Morrisey<br>District Atty (former)<br>Wellington Webb Bldg.<br>Denver<br>(State color of law)<br>official & Individual | Stephanie O'Malley<br>Director Public Safety (former)<br>Wellington Webb Bldg<br>Denver<br>(State color of law)<br>(official) |
| Denver Independent Monitor<br>Wellington Webb Building<br>Denver<br>(State color of law)<br>(official) | Ashley Beck<br>Associate DA<br>Wellington Webb Bldg<br>Denver<br>(state color of law)<br>(official & Individual) | Helen Morgan<br>Deputy DA<br>Wellington Webb Bldg<br>Denver<br>(State color of law)<br>(official) |
| Ron Thomas<br>Commander, Denver Police<br>Cherokee St<br>(State color of law)<br>(official) | Beth McCann<br>Deputy DA<br>Wellington Webb Bldg<br>Denver<br>(state color) of law<br>(official) | Bonnie Benedetti<br>Deputy DA<br>Wellington Webb Bldg<br>Denver<br>(State color of law)<br>(official) |

3-2

| Denver County Court Lindsey Flanigan Courthouse Denver (State color of law) (official) | Denver District Court Lindsey Flanigan Courthouse Denver (state color of law) (official) | Denver Court Clerk Lindsey Flanigan Courthouse Denver (state color of law) (official) |
|---|---|---|
| Judge Steven Hada Lindsey Flanigan Courthouse Denver (state color of law) (official & individual) | Judge Brian Campbell Lindsey Flanigan Courthouse Denver (state color of law) (official & individual) | Judge Marcucci Lindsey Flanigan Courthouse Denver (state color of law) (official & individual) |
| CO Atty Gen'l Office (State color of law) (official) | Cynthia Coffman (State color of law) (official) | Arapahoe Cty Court Potomac Ave Centennial (State color of law) (official) |
| Denver Health 777 Bannock St. Denver (STATE Color of Law) (official) | FBI (Federal color of law) (official) | Unknown FBI Agent (Mark) (Federal color of law) (official) |

3-3

| STATE of Colorado | Colorado Public Defender | Colorado Attorney Regulation Counsel |
|---|---|---|
| STATE Color of Law official | STATE Color of Law official | STATE Color of Law official |
| Joanna Stewart Deputy Public Defender<br><br>STATE Color of Law official | Larry Bailey Attorney De Delaware St. Denver Co 80<br><br>STATE Color of Law by Colloquium official and individual | Wadi Muhaisen Attorney Larimer square Denver Co<br><br>STATE Color of Law by Colloquium official and individual |
| Thomas M. Hayner 8 Parrott Dr. Parsippany N.J. 07054 STATE Color of LAW by Colloquium individual | Denise L. Hayne 8 Parrott Dr. Parsippany N.J. 07054 STATE Color of Law by Colloquium individual | Siddhartha Rathad Attorney<br><br>STATE Color of Law by Colloquium official & individual |
| Kelly Smith Judge 777 Bannock St. Denver Co 80201 STATE Color of LAW official and individual | Co Bureau of Investigation Cherokee St. Denver Co STATE Color of Law official | Governor John Hickenlooper<br><br>STATE Color of Law official |
| George Brauchler Dist. Attorney<br><br>STATE Color of Law OFFICIAL | 18th Judicial District District Attorney office<br><br>STATE Color of Law OFFICIAL | Clinton McKinzie Deputy District Attorney<br><br>STATE Color of Law official |

3-A

| | |
|---|---|
| Anastasiya Kuzminskaya<br>9NEWS Reporter<br><br>Aurora, CO<br>(Color of State Law<br>  by Colloquium)<br>(individual ~~&~~ official) | 9NEWS<br>500 Speer Blvd,<br>Denver, CO<br>(color of State law by<br>  colloquium)<br>(individual & official) |
| TEGNA, Inc.<br>500 Speer Blvd<br>Denver, CO<br>(Color of State Law<br>  by colloquium)<br>(individual & official) | |

3-5

D. **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **Malicious Defamatory Libel Per Se**

Supporting facts:

1. On 3/29/17, NBC 9News reporter Anastasiya Kuzminskaya published an article which maliciously defamed Plaintiff, based on information provided to her by the Denver Sheriff's Department.

2. The article imputed that plaintiff had committed 4 crimes of moral turpitude, none of which Plaintiff had ever been found guilty of, and 3 of which Plaintiff had never been accused of.

3. The article listed a "dirty dozen" of inmates, yet there was only 11 inmates listed.

4. Kuzminskaya admitted on 3/26/18 that she ran a CBI criminal record check, yet found no convictions of crimes which she imputed that Plaintiff committed.

5. Denver Sheriff's Department provided Plaintiff's picture and information for article, without any consent from Plaintiff, and knowing that information was not accurate.

4

D. STATEMENT OF CLAIMS

CLAIM TWO: Failures of to Investigate-against Access to Courts

1. In December 2014, Commander Ron Thomas, then Chief of Denver Police Internal Affairs, refused to investigate Plaintiff's valid complaint against a Det. Ovalle and Det. Grey.

2. In December 2014, Cmdr. Thomas tampered/destroyed physical evidence related to Plaintiffs claim

3. In January 2015, Cmdr Thomas destroyed physical evidence related to Plaintiff valid claim

4. In February 2015, Denver Court Clerk destroyed portions of the court record in 15M00282

5. In August 2015, FBI agents Takahara and Mark (?) refused to investigate Plaintiff's valid complaint against Cmdr. Thomas, Judge Huda, Judge Campbell, Mitchell Morrissey, Ashley Beck, & CO Public Defender

6. Sometime between 9/11/15 and February 2018, Denver County Court Office of Presiding Judge and Judge Marcucci destroyed 2 valid written complaints by Plaintiff, at least one of which, a complaint against Judge Hada, had been acted on and resulted in Hada's suspension, subsequent assault on an unknown District Attorney, and physical removal from the courthouse. by Marcucci and multiple deputies.

4.-2

D. STATEMENT OF CLAIMS

CLAIM TWO (CONTINUED)

7. In August 2015, CO Attorney Regulation Council Refused to investigate Plaintiff's valid claims against Mitchell Morrissey and Johanna Stewart/CO Public Defender's Office.

8. Between December 2014 to present, Denver's Office of the Independant Monitor refused to investigate countless valid complaints filed by Plaintiff.

9. Between January 2016 to present, Denver Sheriff's Department refused to investigate countless valid grievances filed by Plaintiff.

10. Between September 2017 and March 2018, FBI agent Takahara, FBI Denver, and FBI Callington Center refused to investigate Plaintiff's valid complaints.

11. In August 2017, Denver Department of Public Safety refused to investigate Plaintiff's valid complaints.

12. In September 2017, Denver Mayors Office refused to investigate Plaintiff's valid complaints.

13. In September 2017, CO Governor Hickenloopers Office refused to investigate Plaintiffs valid complaints.

14. In September 2017, Colorado Bureau of Investigation refused to investigate Plaintiffs valid complaints

4-3

D. STATEMENT OF CLAIMS,

CLAIM TWO (CONTINUED)

15. Between December 2014 and March 2018 CO Attorney General refused to investigate Plaintiff's valid complaints.

CLAIM THREE: Abuse of Process

1. In December 2014, Denver Police and Denver DA used case 15M00282 to discredit and discourage Plaintiff's valid complaints.

2. In 15M00282, Denver Court Clerk and Denver DA destroyed sections of the court record.

3. In 15M00282 Denver DA refused to provide Plaintiff (who was then defendant) with Discovery, and other exculpatory evidence which they were aware of.

4. In September 2015, around 9/27/15, Denver DA, Denver County Court, Denver Court Clerk, Judge Campbell, Denver Sheriff Department, CO Public Defender, and Larry Bailey; participated in an "IN CUSTODY HEARING", in 15M00282, in the Lindsey Flanigan Courthouse, without the Plaintiff (then DEFENDANT) present, and while Plaintiff was actually 3000 miles away in Maui County, Hawaii.

4-4

D. STATEMENT OF CLAIMS

CLAIM THREE (CONT.)

5. In December 2015, Denver Police and Denver DA initiated new charges against Plaintiff solely to intimidate Plaintiff into a guilty plea in 15 M00282.

6. In December 2015, Washoe County Sheriff and Federal authorities held Plaintiff in excessive confinement as a form of intimidation and pre-conviction punishment

7. In January 2016, Denver Sheriff held Plaintiff in excessive confinement as intimidation and pre-conviction punishment.

8. In January 2016, Ashley Beck initiated a civil action against Plaintiff solely to intimidate into guilty plea.

9. In May 2016, Ashley Beck and Judge Campbell and Denver Sheriff, colluded to place improper civil restraining order on Plaintiff to violate Plaintiff's 2ND Amendment Rights and intimidate into guilty plea.

10. Between August 2016 and March 2017, Denver Sheriff and Denver DA held Plaintiff against his will and without any valid basis, in a mental institution (transfer facility), knowing that Plaintiff had no diagnosis of any mental health condition, to intimidate and abuse Plaintiff.

4-5

## D. STATEMENT OF CLAIMS

### CLAIM THREE (CONT.)

11. In January 2017, Denver Sheriff, Denver DA, and Denver Court knowingly filed and charged false charges against Plaintiff as intimidation.

12. In July 2017, Judge Gerdes refused to dismiss a deferred felony charge against Plaintiff even though Plaintiff successfully completed deferral requirements in 16CRO7099

13. In September 2017, Judge Gerdes admitted that she was aware that 16CRO7099 conviction was obtained in violation of Constitution of USA, but refused to allow <u>fair</u> retrial.

14. In September/August 2017, Denver PD, Denver DA, NBC, Anastasiya Kuzminskaya, and Denver Court colluded to bring charges against Plaintiff solely to intimidate and punish him for invoking his right to defend himself against defamation.

15. In March 2018, Judge Gerdes and Denver DA intentionally and knowingly misused jury instructions to convict Plaintiff in violation of the Constitution and Plaintiff's 1st Amend.

16. In March 2018, Judge Gerdes and Denver DA intentionally and knowingly misused information/charges to convict Plaintiff in violation of Constitution and multiplicity/Double Jeopardy.

E.   **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):            _____

Docket number and court:            _____

Claims raised:                       _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   _____

Reasons for dismissal, if dismissed:   _____

Result on appeal, if appealed:       _____


F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

  ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

  ✓ Yes ___ No (*check one*)

5

G. **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1. $100,000,000.00 Punitive Damages

2. Declaration finding secrecy in Judicial Discipline unconstitutional.

3. Declaration finding Colorado Home Rule Statutes unconstitutional in their current form

H. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Thomas E. Huymer
(Plaintiff's signature)

3/27/18
(Date)

(Form Revised December 2017)

Plaintiff asks this complaint to be construed liberally, and for the opportunity to amend, add, or remove claims and other information contained within as necessary.

Plaintiff intends to file a motion for appointment of counsel, once said motion is in his posession.

Continuing Conspiracy to deny and abuse rights has left Plaintiff without some necessary information critical to this complaint, and asks for counsel and opportunity to amend any section of this complaint as necessary or for future violations of right

7 (17 total)

Hayner #822148
P.O. Box 1108
Denver, CO
80201

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589



Thomas E. Hayner        Thomas E. Hayner

☒ Handed to Jail Mailperson ⟩ On Surveillance Camera Denver Downtown Detention Center, Housing Unit 4H, 3/28/18 @ 11:20 AM

☐ Placed in Jail Mail Box

Thomas E. Hayner

Thomas E. Hayner